ERNEST McDONALD, JOINED BY HIS NEXT FRIEND, J. C. LYNN, *Plaintiff in Error*, vs. EXCHANGE SUPPLY COMPANY, A CORPORATION, *Defendant in Error*.

### Division B.

### Opinion Filed June 14, 1924.

Where a declaration does not wholly fail to state a cause of action, a demurrer thereto should not be sustained.

A Writ of Error to the Circuit Court for Hillsborough County, F. M. Robles, Judge.

Reversed.

*John W. Bull,* for Plaintiff in Error;

*Raney & Morris* and *Wm. Hunter,* for Defendant in Error.

PER CURIAM.—This writ of error was taken to a judgment for the defendant upon demurrer to an amended declaration of plaintiff alleging personal injury suffered by reason of the negligence of defendant in the operation of machinery in a certain fertilizer factory in which plaintiff, who is a minor, was employed by defendant.

The declaration does not wholly fail to state a cause of action. The demurrer thereto was therefore erroneously sustained.

The judgment is reversed on the authority of Foster v. St. Johns Electric Co., 86 Fla. 338, 98 South. Rep. 75; Peterson v. Daniels Co. 83 Fla. 29, 90 South. Rep. 621; Wertz v. Tampa Electric Co., 78 Fla. 405, 83 South. Rep. 270.

Reversed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., Concur.